# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **PATRICK DAVIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-146(MTT) |
| **STEVE UPTON,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 5). The Magistrate Judge recommends dismissing Defendant John Doe Cert Officer because the Plaintiff failed to identify said Defendant prior to the expiration of the statute of limitations. The Magistrate Judge also recommends dismissing without prejudice Defendants Floyd, Upton, Johnson, and Moore. The Plaintiff has filed an objection to the Recommendation. (Doc. 10). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is adopted and made the order of this Court. Defendant John Doe Cert Officer is **dismissed** from this action. Further, Defendants Floyd, Upton, Johnson, and Moore are **dismissed without prejudice**.

-2-

**SO ORDERED,** this 6th day of June, 2012.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT