IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PATRICK DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-146 (MTT) |
| BARCLAY BANTA, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 63). The Magistrate Judge recommends granting the Defendants' motion for summary judgment (Doc. 53) because the undisputed evidence shows they did not act maliciously and sadistically to cause the Plaintiff harm. The Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED**, this 5th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT