IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PATRICK DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-146 (MTT) |
| BARCLAY BANTA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On March 5, 2014, the Court adopted the Magistrate Judge's Recommendation granting the Defendants' motion for summary judgment. (Doc. 64). The next day, March 6, the Plaintiff filed an untimely motion for an extension of time (Doc. 66) to object to the Recommendation (Doc. 63). Because judgment (Doc. 65) had been previously entered that same day, the Court construed the Plaintiff's motion for an extension of time as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). The Court then gave the Plaintiff until April 9, 2014 to file a brief in support of his motion. The Plaintiff has not filed any such brief.

Accordingly, the Plaintiff's motion to alter or amend the judgment (Doc. 66) is **DENIED**. The Plaintiff's subsequently filed motion for extension of time (Doc. 69) and motion to compel legal documents (Doc. 71) are also **DENIED**.

**SO ORDERED**, this 10th day of April, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT